UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPENCER FOY,<br><br>        Plaintiff,<br><br>    v.<br><br>HOUSTON TRANSPROTATION INC.;<br>JIMMY DEAN STREET,<br><br>        Defendants and<br>        Third Party Plaintiffs<br><br>    v.<br><br>BRYAN COOK,<br><br>        Third-Party Defendant. | No. CV-07-308-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** comes before the Court pursuant to a Notice of Voluntary Dismissal **(Ct. Rec. 27)**

**IT IS HEREBY ORDERED:**

The Third-Party Complaint against Third-Party Defendant BRYAN COOK is **DISMISSED WITHOUT PREJUDICE**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and **close this file.**

**DATED** this ___22nd___ day of October, 2008.

                                    s/ Fred Van Sickle
                                      Fred Van Sickle
                          Senior United States District Judge

ORDER - 1